IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | CRIMINAL NO. 11-248-9 |
| CHRISTIAN KOWALKO | : | |

# ORDER

**AND NOW,** this 10th day of June, 2011, Defendant Christian Kowalko's unopposed, counseled Motion to Join in Co-Defendants' Motions *(Doc. No. 83)* is **GRANTED**.

**IT IS SO ORDERED.**

/s/ Paul S. Diamond

_____
**Paul S. Diamond, J.**